1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   REEMA EL-ALMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5     1500 United States Courthouse
      312 North Spring Street
6     Los Angeles, California 90012
      Telephone: (213) 894-0552
7     Facsimile: (213) 894-0140
      E-mail:    Reema.El-Almamy@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12
   IN RE: WRIT OF HABEAS CORPUS AD          No. 2:24-cr-00570
13 PROSEQUENDUM
                                            GOVERNMENT'S NOTICE OF WITHDRAWAL
14                                          OF DOCUMENTS NO. 956 AND 957

15                                          **(UNDER SEAL)**

16

17      PLEASE TAKE NOTICE THAT applicant United States of America, by

18 and through its counsel of record, the United States Attorney for the

19 Central District of California and Assistant United States Attorney

20 Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS

21 CORPUS AD PROSEQUENDUM,

22 //

23 //

24 //

25 //

26 //

27

28

WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS, filed on February 16, 2025 at documents number 956 and 957 under case number 2:24-cr-00570.


Dated: February 18, 2025          Respectfully submitted,

                                  JOSEPH T. MCNALLY
                                  Acting United States Attorney

                                  DAVID T. RYAN
                                  Assistant United States Attorney
                                  Chief, National Security Division


                                   /s/
                                  REEMA EL-ALMAMY
                                  Assistant United States Attorney

                                  Attorneys for Applicant
                                  UNITED STATES OF AMERICA